```
MICHAEL C. ORMSBY
United States Attorney
for the Eastern District of Washington
ALISON L. GREOGOIRE
Assistant United States Attorney
402 East Yakima Ave., Suite 210
Yakima, Washington  98901-2760
(509) 454-4425
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br><br><br><br>YOLANDA CALVO-ROBLES,<br><br>              Defendant. | NO: CR-11-6087-LRS-2<br><br>**MOTION FOR TEMPORARY DETENTION AND DETENTION HEARING** |

The United States moves for the detention of Yolanda Calvo-Robles, for a period of not more than ten days, excluding Saturdays, Sundays, and holidays, pursuant to 18 U.S.C. § 3142(d).

    1.   This case is eligible for such a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Defendant on release, pending trial, etc., (18 U.S.C. § 3142(d)(1)(A)).

      X   Defendant not a citizen or lawful permanent resident (18 U.S.C. § 3142(d)(1)(B)).

AND

      X   Defendant may flee.

    \_\_\_\_\_   Defendant may pose a danger to any other person or the community.

The United States further moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f) and moves for a detention hearing within the foregoing ten-day period.

MOTION FOR DETENTION                      1

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156)
    \_\_\_\_\_ Maximum sentence life imprisonment or death
    \_\_\_\_\_ 10+ year drug offense
    \_\_\_\_\_ Felony, with two prior convictions in above categories
    __X__ Serious risk defendant will flee
    \_\_\_\_\_ Serious risk obstruction of justice

2. <u>Reason for Detention</u>.  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required
    \_\_\_\_\_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).  (If yes) The presumption applies because (check one or both):

    \_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)
    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing before the expiration of defendant's detention pursuant to 18 U.S.C. § 3142(d).

5.   Other Matters.

                    DATED this 22nd day of December, 2011

                              MICHAEL C. ORMSBY
                              United States Attorney


                              s/Alison L. Gregoire
                              ALISON L. GREGOIRE
                              Assistant United States Attorney